AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_\_\_\_

TONY WILLIAMS,

    Plaintiff,

  v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00012-RCJ-WGC**

PAULA MILLER, et al.,

    Defendant(s).

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed based on Plaintiff's failure to pay the full filing fees of $400.00 in compliance with the Court's June 14, 2016 order (ECF No. 9).

August 30, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk